TAMPA TIMES COMPANY, a corporation, and The Tribune Company, a corporation v. CITY OF TAMPA, a municipal corporation

29 So. (2nd) 371                    January Term, 1947
February 18, 1947                            En Banc
Rehearing Denied March 24, 1947

*McKay, Macfarlane, Jackson & Ferguson, Howard P. Macfarlane* and *T. Paine Kelly, Jr.* for appellants.

*Karl E. Whitaker* and *Ralph A. Marsicano,* for appellee.

PER CURIAM:

Affirmed on authority of Tampa Times Company and The Tribune Company v. City of Tampa this day filed.

THOMAS, C.J., TERRELL, BUFORD, CHAPMAN, ADAMS and BARNS, JJ., concur.